No. 91–1974. FEATHERLITE PRECAST CORP. *v.* PLEDGER, DIRECTOR, DEPARTMENT OF FINANCE AND ADMINISTRATION OF ARKANSAS, ET AL. Sup. Ct. Ark. Certiorari denied.

No. 91–1975. BETHLEHEM STEEL CORP. *v.* TYLER. C. A. 2d Cir. Certiorari denied.

No. 91–1976. MCDERMOTT INC. ET AL. *v.* INTERNATIONAL INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1979. SCARBOROUGH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–1980. CARLSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–1982. WINTERS *v.* UNITED STATES; and RAY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 958 F. 2d 365.

No. 91–1983. KEENER *v.* HOECHST CELANESE CORP., AKA CELANESE PLASTICS CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1985. MCCURDY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–1986. TRUMP TAJ MAHAL ASSOCIATES ET AL. *v.* COSTRUZIONI AERONAUTICHE GIOVANNI AGUSTA S. P. A. ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–1987. TURPIN, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF TURPIN, A MINOR, ET AL. *v.* MERRELL DOW PHARMACEUTICALS, INC. C. A. 6th Cir. Certiorari denied.

No. 91–1989. MARKS *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 91–1990. TIPCO, INC. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1991. PRUDHOMME ET UX. *v.* TENNECO OIL CO. ET AL. C. A. 5th Cir. Certiorari denied.